AO-10
Rev. 1/2004

Calendar Year 2003

(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Duhé Jr., John M | 2. Court or Organization<br><br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br><br>4/27/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge,Senior Stat | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br><br>Suite 5200<br><br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 12 12 12 PM '04
FINANCIAL OFFICE
DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | City Club, Lafayette, LA | Honorary Membership | $400 |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. checking accts, Hibernia Nat'l Bank, Lafayette | A | interest | J | T | | | | | |
| 2. Nuveen Trust Bond Fund | A | Interest | J | T | | | | | |
| 3. Denbury Onshore, LLC, Mineral Royalty | D | Royalty | K | W | | | | | ᵌ˙ᶜ |
| 4. Estate William Helis, Mineral Royalty | A | Royalty | J | W | | | | | |
| 5. Banc One, Common Stock, Lafayette, LA | A | Dividend | J | U | | | | | |
| 6. AXP - New Dimensions Fund Class A | | None | J | T | | | | | |
| 7. AXP - Global Bond Fund | A | Dividend | J | T | | | | | |
| 8. AXP - Utilities Fund | | None | | | Exchange | 3/02 | K | | |
| 9. AXP - Extra Income Fund | | None | | | Redeemed | 1/03 | J | | |
| 10. AXP - International Fund | | None | | | Exchange | 3/02 | J | | |
| 11. AXP - Blue Chip Advantage Fund | | None | | | Exchange | 3/02 | K | | |
| 12. AXP - Global Growth Fund | | None | | | Exchange | 3/02 | J | | |
| 13. AXP - Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 14. AXP - Strategy Aggressive Fund | | None | | | Exchange | 3/02 | J | | |
| 15. AXP - Small Company Index Fund | A | Interest | J | T | | | | | |
| 16. AEGON/Transamerica Advisers | A | Dividend | L | T | | | | | |
| 17. AXP Diversified Equity Fund | C | Dividend | K | T | | | | | |
| 18. Fidelity VIP III G & I | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount<br>Code 1<br>(A -H) | Type (e.g.<br>div. rent or<br>int.) | Value<br>Code 2<br>(J-P) | Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | Date:<br>Month –<br>Day | Value<br>Code 2<br>(J-P) | Gain<br>Code<br>1 (A-<br>H) | Identity of<br><br>(if private<br>transaction) |
| 19. Templeton Foreign | A | Dividend | J | T | | | | | |
| 20. AXP VP New Dimsions Fund | A | Dividend | J | T | | | | | |
| 21. AXP VP Extra Income Fund | A | Dividend | | | Transferred | 1/03 | J | | |
| 22. AXP VP Global Bond | A | Dividend | J | T | | | | | |
| 23. FT VIP Real Estate Fund | A | Dividend | J | T | | | | | |
| 24. Royce Micro Corp | A | Dividend | J | T | | | | | |
| 25. FRK Real Estate Sec. | A | Dividend | K | T | | | | | |
| 26. American Express Brokerage Acct | B | Dividend | K | T | | | | | |
| 27. AXP Selective Funds Class B | | None | J | T | | | | | |
| 28. AXP New Dimension Fund Class B IRA | A | Dividend | K | T | | | | | |
| 29. Prudential Securities Moneymart Asset Fund | A | Dividend | | | Sold | 5/03 | L | | |
| 30. Pimco Pea Target Fund Class C | | None | | | Sold | 5/03 | K | | |
| 31. Pimco Pea Innovation Fund Class C | | None | | | Sold | 5/03 | J | | |
| 32. AIM Growth Ser. Basic Value Fund Class C | | None | | | Sold | 5/03 | J | | |
| 33. Franklin Sm. Cap. Growth Fund II CLC | | None | | | Sold | 5/03 | J | | |
| 34. Pimco Low Duration Fund Class C | A | Dividend | | | Sold | 4/03 | K | | |
| 35. Strategic Partners Large Cap Growth Fund | | None | | | Sold | 5/03 | J | | |
| 36. Hartford Mutual Funds Inc. Advisers Fund Class C | A | Dividend | | | Sold | 5/03 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Hartford Mutual Funds, Appreciation Fund | | None | | | Sold | 5/03 | J | | |
| 38. Hartford Mutual Funds, Inc. Dividend Fund Class C | A | Dividend | | . | Sold | 5/03 | J | | |
| 39. Hartford Mutual Funds, Inc. Stock Fund | | None | | | Sold | 5/03 | J | | |
| 40. Sunamerica Style Select Series Focus Portfolio Funds Class I | | None | | | Sold | 5/03 | J | | |
| 41. Prudential Jennison Growth Fund A | | None | | | Sold | 5/03 | J | | |
| 42. Jeanerette Sugar Co., Preferred Stock | A | Dividend | J | W | | | | | |
| 43. Beauregard Parish Bonds | A | Interest | J | T | | | | | |
| 44. Livingston Parish Bonds | | None | | | Sold | 2/03 | J | | |
| 45. Mississippi River Bridge Bonds | | None | | | Redeemed | 1/03 | J | | |
| 46. Agrium, Inc., Preferred stock | A | Interest | J | T | | | | | |
| 47. St. John Baptist Parish Bonds | A | Interest | K | T | | | | | |
| 48. Rapides Parish LA Cons. Bonds | A | Interest | J | T | | | | | |
| 49. Ouachita Parish Bonds | A | Interest | K | T | | | | | |
| 50. Calcasieu Parish Bonds | A | Interest | J | T | | | | | |
| 51. Tobacco Settlement Fin. | A | Interest | J | T | | | | | |
| 52. Lehman Brothers Bank | | None | | | Redeemed | 6/03 | K | | |
| 53. West Feliciana Parish Bonds | A | Interest | J | T | | | | | |
| 54. Crane Company Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duhé Jr., John M | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LA St. Ser. A F GIC OID | A | Interest | K | T | | | | | |
| 56. East Baton Rouge Parish Bonds | A | Interest | J | T | | | | | |
| 57. Iberville Parish Bonds | A | Interest | J | T | | | | | |
| 58. Ford Motor Credit | B | Interest | K | T | | | | | |
| 59. Laserscope | A | Interest | | | Bought | 3/03 | J | | |
| 60. Orthodontic Centers of America | | None | | | Bought | 1/03 | J | | |
| 61. Plaquemine LA PT H &T DT Mar | A | Interest | | | Bought | 4/03 | J | | |
| 62. Baton Rouge LA SLS & USE Tax Rev. | B | Interest | | | Bought | 6/03 | K | | |
| 63. First Eagle Sogen FDS, Inc. | B | Dividend | | | Bought | 5/03 | L | | |
| 64. | | | L | T | Part. Sale | 5/03 | | | |
| 65. | | | L | T | Part. Sale | 7/03 | | | |
| 66. | | | L | T | Part. Sale | 10/03 | | | |
| 67. Davis NJ Venture Fund Class A | A | Dividend | | | Bought | 5/03 | K | | |
| 68. | | | K | T | Part. Sale | 5/03 | | | |
| 69. | | | K | T | Part. Sale | 7/03 | | | |
| 70. | | | K | T | Part. Sale | 10/03 | | | |
| 71. Lord Abbett Midcap Value Fund Class A | A | Dividend | | | Bought | 5/03 | J | | |
| 72. | | | J | T | Part. Sale | 5/03 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | J | T | Part. Sale | 7/03 | | | |
| 74. | | | J | T | Part. Sale | 10/03 | | | |
| 75. Calamos Investment Trust Growth Fund | | None | | | Bought | 5/03 | J | | |
| 76. | | | J | T | Part. Sale | 5/03 | | | |
| 77. | | | J | T | Part. Sale | 7/03 | | | |
| 78. | | | J | T | Part. Sale | 10/03 | | | |
| 79. Federated Equity Funds Capital App. Fund | A | Dividend | | | Bought | 5/03 | K | | |
| 80. | | | K | T | Part. Sale | 5/03 | | | |
| 81. | | | K | T | Part. Sale | 7/03 | | | |
| 82. | | | K | T | Part. Sale | 10/03 | | | |
| 83. Eaton Vance Float Rate | A | Interest | | | Bought | 1/03 | J | | |
| 84. AXP High Yield Bond Fund | | None | | | Exchange | 1/03 | K | | |
| 85. | | None | | | Redeemed | 1/03 | K | | |
| 86. New Orleans LA SW/G & WTR Bd. | A | Interest | | | Bought | 2/03 | J | | |
| 87. Verizon South, Inc. | A | Interest | | | Bought | 1/03 | J | | |
| 88. MGI Pharmaceuticals | A | Interest | | | Bought | 1/03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting . | Date of Report |
|---|---|---|
| | Duhé Jr., John M | 4/27/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item # 3 - Name change from Denbury Energy Services

Items #8, 10, 11, 12, 14 - Were reported incorrectly on the 2002 report because we misread the statement. Each was in fact exchanged for shares of other funds with the same brokerage in March of 2002 and those transacations are correctly reported in this report.

Item #21 - AXP VP Extra Income transferred to Brokerage Account

Item #30-31 - Pimco Target and Pimco Innovation renamed Pimco Pea Target; Pimco Pea Innovation

Item #34 - Pimco Total Return Fund renamed Pimco Low Duration Fund Classl C

Item #52 - Called in June

Item #84 - AXP High Yield - Exchange from New Dimensions; Redemption to AXP Brokerage Account

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubé Jr., John M | 4/27/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[e] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮      Date _May 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Duhé Jr., John M | 2. Court or Organization<br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br>7/13/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge,Senior Stat | 5. ReportType (check appropriate type)<br><br>● Nomination, Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>800 Lafayette Street<br>Suite 5200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUL 19 11 07 '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | City Club, Lafayette, LA | Honorary Membership | $400 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. checking accts, Hibernia Nat'l Bank, Lafayette | A | Interest | J | T | | | | | |
| 2. Nuveen Trust Bond Fund | A | Interest | J | T | | | | | |
| 3. Denbury Onshore, LLC, Mineral Royalty | D | Royalty | K | W | | | | | |
| 4. Estate William Helis, Mineral Royalty | A | Royalty | J | W | | | | | |
| 5. Banc One, Common Stock, Lafayette, LA | A | Dividend | J | U | | | | | |
| 6. AXP - New Dimensions Fund Class A | | None | J | T | | | | | |
| 7. AXP - Global Bond Fund | A | Dividend | J | T | | | | | |
| 8. AXP - Utilities Fund | | None | | | Exchange | 3/02 | K | | |
| 9. AXP - Extra Income Fund | | None | | | Redeemed | 1/03 | J | | |
| 10. AXP - International Fund | | None | | | Exchange | 3/02 | J | | |
| 11. AXP - Blue Chip Advantage Fund | | None | | | Exchange | 3/02 | K | | |
| 12. AXP - Global Growth Fund | | None | | | Exchange | 3/02 | J | | |
| 13. AXP - Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 14. AXP - Strategy Aggressive Fund | | None | | | Exchange | 3/02 | J | | |
| 15. AXP - Small Company Index Fund | A | Interest | J | T | | | | | |
| 16. AEGON/Transamerica Advisers | A | Dividend | L | T | | | | | |
| 17. AXP Diversified Equity Fund | C | Dividend | K | T | | | | | |
| 18. Fidelity VIP IX G & I | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Duhé Jr., John M | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Templeton Foreign | A | Dividend | J | T | | | | | |
| 20. AXP VP New Dimsions Fund | A | Dividend | J | T | | | | | |
| 21. AXP VP Extra Income Fund | A | Dividend | | | Transferred | 1/03 | J | | |
| 22. AXP VP Global Bond | A | Dividend | J | T | | | | | |
| 23. FT VIP Real Estate Fund | A | Dividend | J | T | | | | | |
| 24. Royce Micro Corp | A | Dividend | J | T | | | | | |
| 25. FRK Real Estate Sec. | A | Dividend | K | T | | | | | |
| 26. American Express Brokerage Acct | B | Dividend | K | T | | | | | |
| 27. AXP Selective Funds Class B | | None | J | T | | | | | |
| 28. AXP New Dimension Fund Class B IRA | A | Dividend | K | T | | | | | |
| 29. Prudential Securities Moneymart Asset Fund | A | Dividend | | | Sold | 5/03 | L | | |
| 30. Pimco Pea Target Fund Class C | | None | | | Sold | 5/03 | K | | |
| 31. Pimco Pea Innovation Fund Class C | | None | | | Sold | 5/03 | J | | |
| 32. AIM Growth Ser. Basic Value Fund Class C | | None | | | Sold | 5/03 | J | | |
| 33. Franklin Sm. Cap. Growth Fund II CLC | | None | | | Sold | 5/03 | J | | |
| 34. Pimco Low Duration Fund Class C | A | Dividend | | | Sold | 4/03 | K | | |
| 35. Strategic Partners Large Cap Growth Fund | | None | | | Sold | 5/03 | J | | |
| 36. Hartford Mutual Funds Inc. Advisers Fund Class C | A | Dividend | | | Sold | 5/03 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Hartford Mutual Funds, Appreciation Fund | | None | | | Sold | 5/03 | J | | |
| 38. Hartford Mutual Funds, Inc. Dividend Fund Class C | A | Dividend | | | Sold | 5/03 | J | | |
| 39. Hartford Mutual Funds, Inc. Stock Fund | | None | | | Sold | 5/03 | J | | |
| 40. Sunamerica Style Select Series Focus Portfolio Funds Class I | | None | | | Sold | 5/03 | J | | |
| 41. Prudential Jennison Growth Fund A | | None | | | Sold | 5/03 | J | | |
| 42. Jeanerette Sugar Co., Preferred Stock | A | Dividend | J | W | | | | | |
| 43. Beauregard Parish Bonds | A | Interest | J | T | | | | | |
| 44. Livingston Parish Bonds | | None | | | Sold | 2/03 | J | | |
| 45. Mississippi River Bridge Bonds | | None | | | Redeemed | 1/03 | J | | |
| 46. Agrium, Inc., Preferred stock | A | Interest | J | T | | | | | |
| 47. St. John Baptist Parish Bonds | A | Interest | K | T | | | | | |
| 48. Rapides Parish LA Cons. Bonds | A | Interest | J | T | | | | | |
| 49. Ouachita Parish Bonds | A | Interest | K | T | | | | | |
| 50. Calcasieu Parish Bonds | A | Interest | J | T | | | | | |
| 51. Tobacco Settlement Fin. | A | Interest | J | T - | | | | | |
| 52. Lehman Brothers Bank | | None | | | Redeemed | 6/03 | K | | |
| 53. West Feliciana Parish Bonds | A | Interest | J | T | | | | | |
| 54. Crane Company Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LA St. Ser. A F GIC OID | A | Interest | K | T | | | | | |
| 56. East Baton Rouge Parish Bonds | A | Interest | J | T | | | | | |
| 57. Iberville Parish Bonds | A | Interest | J | T | | | | | |
| 58. Ford Motor Credit | B | Interest | K | T | | | | | |
| 59. Laserscope | A | Interest | J | T | Bought | 3/03 | J | | |
| 60. Orthodontic Centers of America | | None | J | T | Bought | 1/03 | J | | |
| 61. Plaquemine LA PT H &T DT Mar | A | Interest | J | T | Bought | 4/03 | J | | |
| 62. Baton Rouge LA SLS & USE Tax Rev. | B | Interest | K | T | Bought | 6/03 | K | | |
| 63. First Eagle Sogen FDS, Inc. | B | Dividend | L | T | Bought | 5/03 | L | | |
| 64. Davis NJ Venture Fund Class A | A | Dividend | K | T | Bought | 5/03 | K | | |
| 65. Lord Abbett Midcap Value Fund Class A | A | Dividend | J | T | Bought | 5/03 | J | | |
| 66. Calamos Investment Trust Growth Fund | | None | J | T | Bought | 5/03 | J | | |
| 67. Federated Equity Funds Capital App. Fund | A | Dividend | K | T | Bought | 5/03 | K | | |
| 68. Eaton Vance Float Rate | A | Interest | K | T | Bought | 1/03 | J | | |
| 69. AXP High Yield Bond Fund | | None | | | Exchange | 1/03 | K | | |
| 70. | | None | | | Redeemed | 1/03 | K | | |
| 71. New Orleans LA SW/G & WTR Bd. | A | Interest | J | T | Bought | 2/03 | J | | |
| 72. Verizon South, Inc. | A | Interest | J | T | Bought | 1/03 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 7/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. MGI Pharmaceuticals | A | Interest | K | T | Bought | 1/03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     Date 7/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AG-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Duhé Jr., John M | 2. Court or Organization<br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br>8/1/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior Stat | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ○ Annual ⦿ Final | 6. Reporting Period<br>1/1/2004<br>to<br>8/1/2004 |
| 7. Chambers or Office Address<br>800 Lafayette Street<br>Suite 5200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |



RECEIVED 2004 AUG -9 A 11:20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | City Club, Lafayette, LA | Honorary Membership | $400 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. checking accts, Hibernia Nat'l Bank, Lafayette | A | Interest | J | T | | | | | |
| 2. Nuveen Trust Bond Fund | A | Interest | K | T | | | | | |
| 3. Denbury Onshore, LLC, Mineral Royalty | D | Royalty | K | W | | | | | |
| 4. Estate William Helis, Mineral Royalty | A | Royalty | J | W | | | | | |
| 5. Banc One, Common Stock, Lafayette, LA | A | Dividend | K | T | | | | | |
| 6. AXP - New Dimensions Fund Class A | | None | J | T | | | | | |
| 7. AXP - Global Bond Fund | A | Dividend | J | T | | | | | |
| 8. AXP - Threadneedle Emerging Markets Fund CLB IRA | A | Dividend | J | T | | | | | |
| 9. AXP - Small Company Index Fund | A | Interest | J | T | | | | | |
| 10. AEGON/Transamerica Advisers | A | Dividend | L | T | | | | | |
| 11. AXP Diversified Equity Fund | C | Dividend | K | T | | | | | |
| 12. Fidelity VIP III G & I | A | Dividend | J | T | | | | | |
| 13. Templeton Foreign | A | Dividend | J | T | | | | | |
| 14. AXP VP New Dimsions Fund | A | Dividend | J | T | | | | | |
| 15. AXP VP Global Bond | A | Dividend | J | T | | | | | |
| 16. FT VIP Real Estate Fund | A | Dividend | J | T | | | | | |
| 17. Royce Micro Corp | A | Dividend | J | T | | | | | |
| 18. FRK Real Estate Sec. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 8/1/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Express Brokerage Acct | A | Dividend | L | T | | | | | |
| 20. AXP Selective Funds Class B | | None | J | T | | | | | |
| 21. AXP New Dimension Fund Class B IRA | A | Dividend | K | T | | | | | |
| 22. Jeanerette Sugar Co., Preferred Stock | A | Dividend | J | W | | | | | |
| 23. Beauregard Parish Bonds | A | Interest | K | T | | | | | |
| 24. Agrium, Inc., Preferred stock | A | Interest | J | T | | | | | |
| 25. St. John Baptist Parish Bonds | A | Interest | K | T | | | | | |
| 26. Rapides Parish LA Cons. Bonds | A | Interest | J | T | | | | | |
| 27. Quachita Parish Bonds | A | Interest | K | T | | | | | |
| 28. Calcasieu Parish Bonds | A | Interest | J | T | | | | | |
| 29. Tobacco Settlement Fin. | A | Interest | J | T | | | | | |
| 30. West Feliciana Parish Bonds | A | Interest | J | T | | | | | |
| 31. Crane Company Stock | A | Dividend | J | T | | | | | |
| 32. LA St. Ser. A F GIC OID | A | Interest | K | T | | | | | |
| 33. East Baton Rouge Parish Bonds | A | Interest | J | T | | | | | |
| 34. Iberville Parish Bonds | A | Interest | J | T | | | | | |
| 35. Ford Motor Credit | B | Interest | K | T | | | | | |
| 36. Laserscope | A | Interest | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   ◆ = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duhé Jr., John M | 8/1/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes these of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Orthodontic Centers of America | | None | J | T | Sold | 2/04 | J | | |
| 38. Plaquemine LA PT H &T DT Mar | A | Interest | J | T | | | | | |
| 39. Baton Rouge LA SLS & USE Tax Rev. | B | Interest | K | T | | | | | |
| 40. First Eagle Sogen FDS, Inc. | B | Dividend | L | T | | | | | |
| 41. Davis NJ Venture Fund Class A | A | Dividend | K | T | | | | | |
| 42. Lord Abbett Midcap Value Fund Class A | A | Dividend | K | T | | | | | |
| 43. Calamos Investment Trust Growth Fund | | None | J | T | | | | | |
| 44. Federated Equity Funds Capital App. Fund | A | Dividend | K | T | Bought | 5/04 | J | | |
| 45. Eaton Vance Float Rate | A | Interest | K | T | | | | | |
| 46. New Orleans LA SW/G & WTR Bd. | A | Interest | J | T | | | | | |
| 47. Verizon South, Inc. | A | Interest | J | T | | | | | |
| 48. MGI Pharmaceuticals | A | Interest | K | T | | | | | |
| 49. Pimco Pea Value B Pimco Funds | A | Interest | J | T | Bought | 2/04 | J | | |
| 50. Scolr, Inc. Com | | None | J | T | Bought | 7/04 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duhé Jr., John M | 8/1/2004 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date _Aug. 1, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544